**FILED**
July 1, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
 ) Case No. 2:10-MJ-00188-GGH
 Plaintiff, )
v. ) ORDER FOR RELEASE OF
 ) PERSON IN CUSTODY
HUNG NGOC PHAM, )
 )
 Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>HUNG NGOC PHAM</u>, Case No. <u>2:10-MJ-00188-GGH</u>, Charge <u>Title 21 USC §§ 841(a)(1); 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___  Release on Personal Recognizance

    _X_  Bail Posted in the Sum of $ 100,000

          _X_  Unsecured Appearance Bond

          ___  Appearance Bond with 10% Deposit

          ___  Appearance Bond with Surety

          ___  Corporate Surety Bail Bond

    _X_  (Other)  <u>with pretrial supervision and conditions of release as stated on the record.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>July 1, 2010</u> at <u>2:00 pm</u>.

By <u>GREGORY G. HOLLOWS</u>
Gregory G. Hollows
United States Magistrate Judge