**FILED**
July 1, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                          )<br>           Plaintiff,                            )<br>v.                                                   )<br>                                                          )<br>HUNG NGOC PHAM,                  )<br>                                                          )<br>           Defendant.                       ) | Case No. 2:10-MJ-00188-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>HUNG NGOC PHAM</u>, Case No. <u>2:10-MJ-00188-GGH</u>, Charge <u>Title 21 USC §§ 841(a)(1); 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_    Release on Personal Recognizance

    X    Bail Posted in the Sum of $ 100,000

           X    Unsecured Appearance Bond

           \_\_    Appearance Bond with 10% Deposit

           \_\_    Appearance Bond with Surety

           \_\_    Corporate Surety Bail Bond

           X    (Other)    <u>with pretrial supervision and conditions of release as stated on the record.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>July 1, 2010</u> at <u>2:00 pm</u>.

By    */s/ Gregory G. Hollows*
       GREGORY G. HOLLOWS
       Gregory G. Hollows
       United States Magistrate Judge